IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EDWARD WYANT,

     Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D14-1306

Opinion filed October 1, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.
Frank E. Brown, Chairman.

Edward Wyant, pro se, Appellant.

Norman A. Blessing, General Counsel, and Louis A. Gutierrez, Assistant General
Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for
Appellee.

PER CURIAM.

     Upon consideration of the matters shown in appellee's motion to relinquish

jurisdiction, the order on appeal is REVERSED and the matter is REMANDED to

the Reemployment Assistance Appeals Commission for further proceedings.

LEWIS, C.J., PADOVANO and CLARK, JJ., CONCUR.